UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DOCKET NO.: <u>5:17-CV-00044-GWC</u>

LINDA WEST,

      **PLAINTIFF**

v.

CAROLINA CASUALTY INSURANCE COMPANY,

      **DEFENDANT**

\>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## ***PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS***

PLAINTIFF, Linda West, by and through its counsel, submits the following Statement of Undisputed Facts in support of its Motion for Summary Judgment on Both Claims.

1. Seldon, the defendant in the state action, was a Vermont corporation incorporated in 2004 as a foreign profit corporation with several entities, including Seldon Management, Inc. and Seldon Clean Water Products L.P., with operations in Windsor Town, Vermont. (Exhibit 1)

2. Seldon employed plaintiff as an accountant beginning in 2004; it dismissed her on March 14, 2013. (Exhibit 2)

3. Defendant Carolina Casualty Insurance Company ("Carolina") is domiciled in Iowa and located in Jacksonville, Florida; during plaintiff's employment with Seldon, the defendant was and still remains licensed as an insurance carrier in Vermont. (Exhibit 3).

Watts Law Firm, P.C. PO Box 270 Woodstock, VT 05091
Phone: (802) 457-1020, Fax: (802) 432-1074, Email: info@wattslawvt.com

Page 1 of 3

4. Defendant insured Seldon for liability connected with its business activities in Vermont; the relevant Management Liability Policy was Policy Number 61165084, with a contract period of January 28, 2013 – January 28, 2014. (Exhibit 4).

5. Plaintiff's lawsuit was filed on May 24, 2013. (Exhibit 5).

6. On June 14, 2013, a coverage manager acknowledged, on Carolina's behalf, that it had received plaintiff's lawsuit as "Claim No. 27743." (Exhibit 6).

7. Six weeks later, on July 30, 2013, Seldon, by its "Vice President of Finance," George C. Hillman, attempted to release Carolina from its coverage under the policy so that it could handle plaintiff's lawsuit against it "without involvement" from Carolina. (Exhibit 7).

8. After failed attempts to raise operational capital, Seldon's board authorized liquidation of its assets on September 26, 2015. (Exhibit 8).

9. Seldon's financial consultant, George C. Hillman, attested under oath that the firm's creditors liquidated its assets, ceased operations and closed its doors, and that Seldon "has no assets and is insolvent and defunct." (Exhibit 9).

10. Plaintiff secured a jury verdict and court judgment on June 30, 2016 against Seldon.

11. On July 1, 2016, the superior court issued an award against Seldon for plaintiff's losses accrued during her Seldon employment and following, from 2004 until 2016, amounting to $400,000 with interests and court costs. (Exhibit 10).

12. Plaintiff became a claimant against defendant under the terms of the insurance policy between Seldon and defendant on March 9, 2017 when she filed the present lawsuit. (Exhibit 11).

13. Defendant answered the complaint on May 23, 2017. (Exhibit 12).

Watts Law Firm, P.C. PO Box 270 Woodstock, VT 05091
Phone: (802) 457-1020, Fax: (802) 432-1074, Email: info@wattslawvt.com

Page 2 of 3

DATED: 09/27/2017    .                    **LINDA WEST, PLAINTIFF**

/s/Norman E. Watts
Norman E. Watts, Esq.
Watts Law Firm, PC
Attorney for Plaintiff

Watts Law Firm, P.C. PO Box 270 Woodstock, VT 05091
Phone: (802) 457-1020, Fax: (802) 432-1074, Email: info@wattslawvt.com

Page 3 of 3